**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **CAROL SUE ROBERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:12-CV-486 (MTT)** |
| | ) | |
| **Sergeant WILSON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Before the Court is the Order and Recommendation of United States Magistrate Judge Stephen Hyles.  (Doc. 29).  Following a 28 U.S.C. § 1915A screening, Judge Hyles recommends dismissing Warden Belinda Davis and Commissioner Brian Owens. The Plaintiff did not object to this recommendation.  The Court has reviewed the Recommendation, which it **ADOPTS** and makes the **ORDER** of this Court.  Defendants Davis and Owens are dismissed pursuant to 28 U.S.C. § 1915A(b) because the Plaintiff has failed to state a claim upon which relief may be granted.

**SO ORDERED**, this 8th day of May, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT