IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAROL SUE ROBERSON, : | |
| Plaintiff : | |
| VS. : | |
| Sergeant WILSON, : | NO. 5:12-CV-486-MTT-MSH |
| Defendant : | |
| _____ : | **O R D E R** |

Plaintiff **CAROL SUE ROBERSON**, an inmate at Lee Arrendale State Prison ("LASP"), has filed a motion to proceed *in forma pauperis* ("IFP") on appeal (Doc. 45) from certain of the Court's Orders.[1]  In the Court's best judgment, an appeal from its Orders cannot be taken in good faith.  28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3).  Plaintiff's motion to proceed IFP on appeal is accordingly **DENIED**.

If Plaintiff wishes to proceed with her appeal, she must pay the entire $455 appellate filing fee.  Because Plaintiff has stated that she cannot pay the fee immediately, she must pay using the partial payment plan described under 28 U.S.C. § 1915(b).  Pursuant to section 1915(b), the prison account custodian shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account (to the extent the account balance exceeds $10) until the $455 appellate filing fee has been paid in full.  Checks should be made payable to "Clerk, U.S. District Court."

---

[1]  It is unclear precisely from which Orders Plaintiff wishes to appeal.

The Clerk of Court is **DIRECTED** to send a copy of this Order to the business manager at LASP.

**SO ORDERED**, this 6th day of JUNE, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr