**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **CAROL SUE ROBERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:12-CV-486 (MTT)** |
| | ) | |
| **Sergeant WILSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Before the Court is the Order and Recommendation of United States Magistrate Judge Stephen Hyles.  (Doc. 72).  The Magistrate Judge recommends the Defendant's motion to dismiss (Docs. 54, 69) be granted and the Plaintiff's motions for summary judgment (Docs. 33, 61) be denied.  The Plaintiff has not filed an objection to the Recommendation.[1]

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of the Court.  The Defendant's motion to dismiss is **GRANTED**, the Plaintiff's motions for summary judgment are **DENIED**, and the Plaintiff's claims are **DISMISSED with prejudice**.

---

[1] The Plaintiff did file a request for an extension of time to respond to the Magistrate Judge's recommendation, although it is not clear what kind of response she intended to provide.  She alleges she did not receive the Magistrate Judge's recommendation until the day her objection was due, and she provides evidence to support this claim.  However, after careful and thorough review, it is the Court's conclusion that any response would be futile because there is simply no meritorious objection that could be raised on this record.  Accordingly, the Plaintiff's "motion for reinstatement" (Doc. 74) is **DENIED**.

**SO ORDERED**, this 25th day of March, 2014.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT