IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAROL SUE ROBERSON, : | |
| : | |
| Plaintiff : | |
| : | |
| VS. : | |
| : | |
| Sergeant WILSON, : | NO. 5:12-CV-486 (MTT) |
| : | |
| Defendant : | |
| _____: | **O R D E R** |

On April 15, 2014, this Court entered an Order denying *pro se* Plaintiff **CAROL SUE ROBERSON** motion to proceed *in forma pauperis* ("IFP") on appeal (Doc. 81). Plaintiff subsequently submitted an additional motion for leave to proceed IFP (Doc. 82). Said motion is **DENIED** as repetitive.   Plaintiff's present motion states no grounds to warrant reconsideration of the Court's prior Order.

**SO ORDERED**, this 22nd day of April, 2014.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr

1